NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RICHARD MULLARKEY, | : | |
| | : | |
| Appellant, | : | Hon. Faith S. Hochberg |
| | : | |
| | : | Civil No. 05-2010 (FSH) |
| v. | : | |
| | : | **ORDER** |
| LESLIE TAMBOER, et al., | : | |
| | : | Date: September 11, 2008 |
| Appellee. | : | |

**HOCHBERG, District Judge:**

This matter having come before the Court upon the Third Circuit Court of Appeals decision dated July 31, 2008 vacating the Court's August 2, 2005 decision affirming the Bankruptcy Court's denial of four interlocutory motions, and this Court having reviewed the record in this case,

**IT IS** on this 11th day of September, 2008,

**ORDERED** that this case is remanded to the Bankruptcy Court for the District of New Jersey for a clear statement of factual and legal findings that support the Bankruptcy Court's determination of the four motions, including appropriate references to the transcript of the Bankruptcy Court's January 11, 2005 hearing and other supporting legal authority.

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**